UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL BRANT,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

Case No. C16-1868 RSM

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff, MICHAEL BRANT, and Defendant, PRUDENTIAL INSURANCE COMPANY OF AMERICA, collectively, the "parties," by and through their respective undersigned attorneys, hereby submit their joint motion to amend the scheduling order. For the reasons set forth below, the parties request that the Court enter an order amending the scheduling order such that dispositive motions are due on or before September 15, 2017. In support of this motion, the parties state as follows:

1. On March 17, 2017, the Court entered an order setting the dispositive motion deadline as August 15, 2017. (Dkt. No. 21.)

2. The parties, through their respective counsel, have discussed the merits of this matter, and have decided to enter into good faith settlement negotiations. The parties agree that there is a possibility that this matter may resolve amicably as a result of those negotiations.

3. Defendant has solicited a demand from Plaintiff. Plaintiff is preparing a demand, and Defendant is prepared to respond quickly upon receipt of that demand.

JOINT MOTION TO AMEND THE SCHEDULING ORDER
(Case No. 2:16-cv-01868 RSM) - 1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

119219.0011/7027829.1

4. The parties agree that their good faith negotiations may require time through the end of July and likely will carry on into August. Accordingly, the parties are concerned that incurring attorney's fees in connection with drafting dispositive motions will prejudice their ability to resolve this matter amicably through their good faith negotiations.

5. So as to avoid incurring any unnecessary fees, and so as to facilitate their good faith settlement negotiations, the parties respectfully request that the Court enter an order extending the parties' dispositive motion deadline to September 15, 2017. No other deadlines will be affected by this motion.

6. The parties submit this motion well in advance of their dispositive motion deadline, in good faith, and not to cause any undue delay. Again, the parties' sole purpose in extending this deadline is to facilitate their good faith settlement negotiations.

WHEREFORE, Plaintiff, MICHAEL BRANT, and Defendant, PRUDENTIAL INSURANCE COMPANY OF AMERICA, jointly and respectfully request that the Court enter an order extending their dispositive motion deadline to September 15, 2017.

DATED: July 27, 2017

KELLER ROHRBACK

By  *s/ Kathryn M. Knudsen*
(via e-mail authorization)
William C. Smart
wsmart@kellerrohrback.com
Kathryn M. Knudsen
kknudsen@kellerrohrback.com

Attorneys for Plaintiff Michael Brant

LANE POWELL PC

By  *s/ David W. Howenstine*
D. Michael Reilly
reillym@lanepowell.com
David W. Howenstine
howenstined@lanepowell.com

JOINT MOTION TO AMEND THE SCHEDULING ORDER
(Case No. 2:16-cv-01868 RSM) - 2

119219.0011/7027829.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

SEYFARTH SHAW LLP

By  *s/ James C. Goodfellow, Jr.*
Amanda A. Sonneborn, *Pro Hac Vice*
asonneborn@seyfarth.com
James C. Goodfellow, Jr., *Pro Hac Vice*
jgoodfellow@seyfarth.com

Attorneys for The Prudential Insurance Company of America

# ORDER

The Court hereby GRANTS the parties' joint motion to amend the scheduling order. The Court ORDERS that the dispositive motions deadline is EXTENDED from August 15, 2017 to September 15, 2017.

DATED this 3rd day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT MOTION TO AMEND THE SCHEDULING ORDER
(Case No. 2:16-cv-01868 RSM) - 3

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

119219.0011/7027829.1